

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00186-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Shirley Hale **MATHIS**, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr., Carlos Y. Benavides III, Tomas Benavides and Ana B. Galo, as Co-Trustees of the Benavides Family Mineral Trust,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000427-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file motion for rehearing and motion for en banc reconsideration is hereby GRANTED. Time is extended to March 27, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court